# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ERIC JOHN ESTRADA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, Warden<br><br>　　　　Respondent. | NO. CV 18-04772- JAK (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 25, 2019.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE